## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **RALPH EARNEST HALL,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:19CV00300 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **GREGORY P. WINSTON,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

*Ralph Earnest Hall, Pro Se Plaintiff.*

Inmate Ralph Earnest Hall, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983, complaining that he has not been provided the same benefits at a local jail that he would be afforded at a Virginia Department of Corrections prison facility. The court conditionally filed the complaint, advised Hall that he had failed to state claims presenting an actionable § 1983 claim against the jail superintendent, the only defendant he had named. The court further directed Hall to file an amended complaint to correct this deficiency and warned him that failure to file an amended complaint within twenty-one days would result in dismissal of his complaint.

Hall has filed no response to the court's order, and his time to do so has elapsed. Inasmuch as Hall has failed to comply with the court's order within the time allotted, I will dismiss his complaint without prejudice.[1]

A separate Final Order will be entered herewith.

DATED:  June 4, 2019

/s/  James P. Jones
United States District Judge

---

[1] In any event, I also cannot find that Hall has alleged deprivation of any constitutionally protected rights so as to state a claim actionable under § 1983. *See Strickler v. Waters*, 989 F.2d 1375 (4th Cir. 1993) (finding no equal protection violation where inmate with sentence to serve in state prison facility spent long period in local jail with less favorable conditions that those available at state prison).